IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FATTIMA U. LAGAYAN, | ) |
|                               *Plaintiff*, | ) Case No. 1:15-cv-01953-APM |
| v. | ) |
| MUSTAFA ODEH, SAMA ATALLAH, AND LAMA ODEH, | ) |
|                               *Defendants*. | ) |

**ORDER**

UPON CONSIDERATION OF the Stipulation of Dismissal of Claims signed by counsel for Plaintiff Fattima Lagayan and Defendants Mustafa Odeh and Sama Atallah, it is hereby

**ORDERED** that all counts in Plaintiff's Complaint are **DISMISSED** with prejudice as to all Defendants, including as to Defendant Lama Odeh. Each party shall bear its own costs.

The Clerk shall **CLOSE** this case.

**SO ORDERED.**

9/22/16
Date

_____
HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE